233 S.E.2d 391 (1977)
292 N.C. 264
Jewell J. CHURCH
v.
MADISON COUNTY BOARD OF EDUCATION et al.
Supreme Court of North Carolina.
March 7, 1977.
James C. Fuller, Jr., Chambers, Stein, Ferguson & Becton, for plaintiff.
Uzzell & Dumont, for defendants.
Petition by plaintiff for discretionary review under GS 7A-31, 31 N.C.App. 749, 230 S.E.2d 703; 31 N.C.App. 641, 230 S.E.2d 769. Denied. Motion of defendants to dismiss the appeal for lack of substantial constitutional question. Allowed.